

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00099-CV

In the Interest of **M.J.M.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2042-CV
Honorable Dwight E. Peschel, Judge Presiding

BEFORE JUSTCE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this cause is REMANDED to the trial court for further proceedings. It is ORDERED that Appellant J. Micah Morgan recover his costs of this appeal from Appellee Christine Inmon.

SIGNED June 26, 2013.

_____
Karen Angelini, Justice